**SEALED**

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KYLE REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

**FILED**

JAN 3 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | ) Case No. 2:13-CR-036 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
| KENDAL MYCHAEL LOBB, | ) (UNDER SEAL) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 1/31/2013

_____
KENDALL J. NEWMAN
United States Magistrate Judge