**FILED**
February 4, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                    )     Case No. 2:13-cr-00036-KJM
         Plaintiff,                 )
v.                                  )
                                    )     ORDER FOR RELEASE OF
KENDAL MYCHAEL LOBB,                )     PERSON IN CUSTODY
                                    )
         Defendant.                 )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KENDAL MYCHAEL LOBB, Case No. 2:13-cr-00036-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

      _X_   Co-signed Unsecured Appearance Bond

      ___   Secured Appearance Bond

      _X_   (Other) Conditions as stated on the record.

      ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 2/4/2013 at 3:35 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge