BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00036-KJM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| KENDAL MYCHAEL LOBB, | |
| Defendant. | |

WHEREAS, on January 14, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Kendal Mychael Lobb forfeiting to the United States the following property:

    a.    HP Pavilion laptop computer, serial number CNF8034RSG1;
    b.    Seagate external hard drive, serial number NAXJ31GN7;
    c.    Gateway laptop computer, serial number LUWDRQDQQ493919D9C;
    d.    Western Digital external hard drive, serial number WMAAU3302878;
    e.    Dell Inspiron computer, service tag number 2HBNYD1; and
    f.    Dell Dimension computer, service tag number GHNQWG1.

AND WHEREAS, beginning on February 3, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of

1

publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Kendal Mychael Lobb.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 21st day of May 2014.

_____
UNITED STATES DISTRICT JUDGE

2