BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0036 KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING RESTITUTION** |
| KENDAL MYCHAEL LOBB, | |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.     The parties appeared before the Court on Tuesday, April 23, 2014, in the above-entitled case.  At that time, the Court sentenced the defendant to 60 months imprisonment, to be followed by a 120-month term of supervised release.  C.R. 42.  The Court ordered a hearing on the restitution to be held on July 2, 2014.  Id.  By stipulation of the parties, this hearing was continued until September 10, 2014.  C.R. 51.

2.     On August 20, 2014, the parties agreed to a stipulated restitution amount of $2,200, to be paid to the victim identified in the Presentence Report (hereinafter "Vicky") and supporting restitution documents.  See C.R. 34, 40.  The United States had previously

1 conferred with the victim's representative who agreed to this stipulated restitution award.

2 Accordingly, the parties ask that the Judgment and Commitment filed by the Court on May 2, 2014, be amended to include an award of restitution to Vicky in the amount of $2,200.

IT IS SO STIPULATED.

Dated: August 25, 2014					Respectfully Submitted,

							BENJAMIN B. WAGNER
							United States Attorney

						By:	*/s/ Kyle Reardon*
							KYLE REARDON
							Assistant U.S. Attorney

Dated: August 25, 2014					*/s/ Kyle Reardon* for
							MATTHEW SCOBLE
							Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENDAL MYCHAEL LOBB, ) <br> ) <br> Defendant. ) <br> ) | CASE NO.  2:13-CR-0036 KJM <br><br> **ORDER** |

The parties' stipulation is approved and so ordered.  Restitution in the amount of $2,200 is ordered paid to "Vicky."

Dated:  August 25, 2014

_____
UNITED STATES DISTRICT JUDGE